

Katherine Herold, Administrator of Estate of Walter Herold, Deceased, Appellee, v. Ralph E. Lind, Appellant.

Gen. No. 46,179. (Abstract of Decision.)

John J. Maciejewski, for appellant; Charles D. Snewind, of counsel; Hubachek & Kelly, and John W. Freels, for appellee. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed March 24, 1954; released for publication April 22, 1954.

People of State of Illinois, Defendant in Error, v. Louie Cosper, Plaintiff in Error.

Gen. No. 46,274. (Abstract of Decision.)